IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAWN M. BEST,

        Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                     Case No. 13-cv-837-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Dawn M. Best against defendant Carolyn W. Colvin reversing the decision of the Commissioner and remanding this case for further proceedings under sentence four of 42 U.S.C. § 405(g).


      s/ A. Wiseman, Deputy Clerk                     3/31/2015
    Peter Oppeneer, Clerk of Court                       Date